Date: August 14, 2013

Courtroom Deputy: Kathleen Finney
Court Reporter: Tracy Weir
Probation Officer: Michelle Means

**Criminal Action No. 13-cr-00086-REB**

*Parties:*                                     *Counsel:*

UNITED STATES OF AMERICA,       Timothy Neff

       Plaintiff,

v.

JOHN W. BURKE,                      John Sullivan

       Defendant.

## SENTENCING MINUTES

**10:09 a.m.**     **Court in session.**

Appearances of counsel.

Defendant is present on bond.

Court's opening remarks.

Pursuant to 18 U.S.C. § 3552 and Fed. R. Crim. P. 32, the Probation Department has conducted a presentence investigation and has filed a presentence report and addendum.

Counsel for the government confirms that counsel has read the presentence report and addendum.

Counsel for the defendant informs the court that counsel has read and discussed the presentence report and addendum with the defendant.

Also pending before the court relevant to sentencing are the following papers: the Government's Objection to Presentence Report [#21] filed July 17, 2013; and the Defendant's Motion for Statutory Sentence [#23] filed July 26, 2013.

Defendant's counsel makes a statement on behalf of the defendant, offers information in mitigation of punishment, comments on the probation officer's sentencing guideline applications and calculations, and comments on matters relating to the appropriate sentence.

Defendant is sworn.

Statement by the defendant.

Statement by counsel for the government.

The court makes a sentencing statement pursuant to 18 U.S.C. § 3553(c) and enters findings of fact, conclusions of law, judgment of conviction, sentence, and orders.

**IT IS ORDERED** as follows:

1. That the plea agreement of the parties as presented in Court's Exhibits 1 and 2 is formally approved;

2. That the pending motions are resolved as follows: that defendant's **Motion for Statutory Sentence** [#23] is **DENIED**;

3. That judgment of conviction under Fed. R. Crim. P. 32(k) is entered on Count 1 of the Information;

4. That pursuant to the Sentencing Reform Act of 1984, it is the judgment and sentence of this court that the defendant is committed to the custody of the Bureau of Prisons to be imprisoned for a term of **twenty-seven (27) months**;

5. That on release from imprisonment, the defendant shall be placed on supervised release for a term of **three (3) years**; provided furthermore, that within 72 hours of defendant's release from imprisonment and the custody of the Bureau of Prisons, the defendant shall report in person to the U.S. probation department within the district to which he is released;

6. That while on supervised release, the defendant shall comply with the following conditions of supervised release:

- all mandatory conditions of supervised release, prescribed by law at 18 U.S.C. § 3583(d) and USSG §5D1.3(a);

- all standard conditions of supervised release approved and imposed by this court in all such cases and circumstances; and

- the following explicit or special conditions of supervised release:

    - that the defendant shall not violate any federal, state, or municipal statute, regulation, or ordinance in any jurisdiction or place where defendant may be during the term of supervised release;

    - that the defendant shall not possess or use illegally controlled substances;

    - that the defendant shall not possess or use any firearm or destructive device as defined under federal law at 18 U.S.C. § 921;

    - that the defendant shall cooperate in the collection of a sample of defendant's DNA;

    - that the defendant shall make and pay any restitution as ordered and required by the court;

    - that the defendant shall not incur new credit charges or open or establish additional lines of credit without the advance written approval of defendant's probation officer;

    - that any employment for the defendant shall be approved in advance by his probation officer;

7. That no fine is imposed;

8. That the defendant shall pay forthwith a special victim's fund assessment fee of $100.00;

9. That the defendant shall pay restitution for the benefit of The Colorado Business Bank and US Bank, payable to the care of the Clerk of the Court in full, in the amount of $171,020, to be paid by the defendant in monthly installments of not less than 10 % of his monthly gross income as determined periodically by his probation officer and commencing during the term of supervised release directed; provided that interest on

restitution is waived;

10. That the mandatory drug testing provisions of 18 U.S.C. § 3583 are waived;

11. That this court recommends that the Bureau of Prisons designate the defendant to a correctional institution in the State and District of Colorado, preferably to FCI Englewood; and

12. That the defendant shall voluntarily surrender and report pursuant to the further written order of this court to the institution designated by the Bureau of Prisons by 12:00 p.m. (noon), 15 days subsequent to that designation.

Parties state they have no objections to the sentence imposed.

The defendant waives formal advisement of appeal.

**11:04 a.m.    Court in recess.**

Total time in court:00:55

Hearing concluded.